IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PATRICIA BARNES
on behalf of ROYAL T.D. HAYNES                                                    PLAINTIFF

v.                                          5:06CV00113 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                             DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered dismissing this case, with prejudice. The relief sought is DENIED.

IT IS SO ADJUDGED this 23rd day of May, 2007.

_____
UNITED STATES MAGISTRATE JUDGE